1008

No. 88–741. CLALLAM COUNTY, WASHINGTON, ET AL. v. DEPARTMENT OF TRANSPORTATION OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–742. VONHOF ET AL. v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 88–746. ADAMS ET AL. v. BUDD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–747. ALLIED CORP. v. UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–748. DATA CONTROLS NORTH, INC., ET AL. v. EQUITABLE BANK, NATIONAL ASSN. C. A. 3d Cir. Certiorari denied.

No. 88–749. KUNTZ ET AL. v. CITY OF DAYTON, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 88–750. GEORGE v. MICHIGAN DEPARTMENT OF NATURAL RESOURCES ET AL. Ct. App. Mich. Certiorari denied.

No. 88–752. MARTIN v. WALKER. C. A. 8th Cir. Certiorari denied.

No. 88–755. ESTATE OF VANE v. THE FAIR, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–757. HENING v. AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 88–762. SPECHT ET UX. v. JENSEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–763. MICHIGAN v. SERRANO. Ct. App. Mich. Certiorari denied.

No. 88–765. THANH VONG HOAI v. THANH VAN VO ET AL. C. A. 4th Cir. Certiorari denied.